OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

United States Court of Appeals
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 26, 2023

Jose R. Arteaga, Esq.
Keith M. Donoghue, Esq.
Robert A. Zauzmer, Esq.

RE: USA v. Garnet Small
Case Number: 22-1469
District Court Case Number: 2-16-cr-00381-001

Dear Counsel:

The Court seeks oral argument solely on the issue concerning the delay in Appellant's sentencing.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932